IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MICHAEL JEROME WILLIAMS, | * |
| Petitioner, | * |
| v. | Case No. 1:23-CV-176 (LAG)(ALS) |
| | * |
| WARDEN MCMILLIAN, | |
| | * |
| Respondent. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated August 7, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 8th day of August, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk